# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 95-50369
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LOUIS GEORGE BAGLIERE, JR.,

Defendant-Appellant.

Appeal from the United States District Court
For the Western District of Texas
(94-CR-95(1))

August 19, 1996

Before POLITZ, Chief Judge, JONES and SMITH, Circuit Judges.

PER CURIAM:[*]

Louis George Bagliere, Jr. pled guilty to conspiracy to manufacture

methamphetamine, a violation of 21 U.S.C. § 846. At the time of Bagliere's arrest

the officers seized his vehicle and money and these items subsequently were

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

forfeited to the government. Bagliere appeals, contending that his criminal convictions and sentence constitute a violation of the double jeopardy clause of the fifth amendment.

This argument is foreclosed by the very recent decision in which the Supreme Court concluded that "*in rem* civil forfeitures are neither 'punishment' nor criminal for purposes of the Double Jeopardy Clause."[1] Accordingly, this assignment of error is meritless and the judgment appealed is AFFIRMED.

---

[1]**United States v. Ursery**, 1996 WL 340815 at *16.